1
2
3
4
5
6
7                    IN THE UNITED STATES DISTRICT COURT
8              FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10   FETTERMAN,                              No C 06-2023 VRW
11           Plaintiff,
                                             ORDER
12           v
13   EXPERIAN INFORMATION SOLUTIONS,
     INC, et al,
14
15           Defendants.
     _____/
16
17           Defendant Bank of America requests the court's assistance
18   in resolving discovery disputes detailed in a letter dated December
19   6, 2006.  Doc #27.  The letter was accompanied by proof of service
20   indicating a copy of the letter had been mailed to plaintiff on
21   December 6, 2006.  Plaintiff is ordered to submit a reply letter,
22   not to exceed two pages, on or before December 18, 2006.
23           IT IS SO ORDERED.
24
25           VAUGHN R WALKER
26           United States District Chief Judge
27
28

United States District Court
For the Northern District of California