IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**FETTERMAN,**

       **Plaintiff,**

       **v**

**EXPERIAN INFORMATION SOLUTIONS, INC, et al,**

       **Defendants.**
_____/

**No C 06-2023 VRW**

**ORDER**

       **Defendant Bank of America requests the court's assistance in resolving discovery disputes detailed in a letter dated December 6, 2006.  Doc #27.  Plaintiff does not dispute his failure to respond to discovery requests in a timely manner, attributing his tardiness to several recent moves and unstable employment.  Doc #29.  Now that plaintiff has a stable job and residence, he shall respond to the outstanding discovery requests on or before December 29, 2006.  The fact discovery cutoff is extended until February 28, 2007.  Plaintiff's deposition on December 21, 2006, will be rescheduled so that defendants have the benefit of document discovery before deposing plaintiff.  Plaintiff shall make himself**

available for a deposition on or before January 31, 2007, or on a mutually agreeable date prior to the fact discovery cutoff.  The pretrial conference shall remain scheduled for April 17, 2007, at 9:00 am.

     IT IS SO ORDERED.     

                                  VAUGHN R WALKER

                                  United States District Chief Judge