DANIEL PAUL McKINNON
ATTORNEY AT LAW
152 North Third Street
Suite 700
San Jose, CA 95112
408-286-0880
Fax: 408-286-0337
Email: dmckinnon@eakdl.com

Attorneys for Defendant EQUIFAX, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID E. FETTERMAN,<br><br>    Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INC.; BANK OF AMERICA, N.A<br><br>    Defendants. | Case No: C06-02023 VRW<br><br>**ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY** |

The Court hereby orders that the request of Defendant EQUIFAX INFORMATION SERVICES LLC to substitute THOMAS P. QUINN, JR., California State Bar No: 132268, NOKES & QUINN, 450 Ocean Avenue, Laguna Beach, California, Telephone: (949) 376-3055, Fax: (949) 376-3070, tquinn@nokesquinn.com, as attorney of record in place and stead of DANIEL PAUL McKINNON is hereby ____ GRANTED ____ DENIED.

Dated: January 5, 2007

_____
U.S. District/Magistrate Judge

[GRANTED — Judge Vaughn R Walker, United States District Court, Northern District of California]

- 1 -

ORDER ON REQUEST FOR APPROVAL
OF SUBSTITUTION OF ATTORNEY