Abraham J. Colman (SBN 146933)
Felicia Y. Yu (SBN 193316)
David S. Reidy (SBN 225904)
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone: 213.457.8000
Facsimile: 213.457.8080

Attorneys for Defendant
BANK OF AMERICA, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID E. FETTERMAN,<br><br>            Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INC.; BANK OF AMERICA, N.A.,<br><br>            Defendants. | No.: C06-02023<br><br>**STIPULATION OF ALL PARTIES TO EXTEND DEADLINE TO HEAR DISPOSITIVE MOTIONS AND ~~PROPOSED~~ ORDER THEREON**<br><br>Current Deadline: February 15, 2007<br><br>**Proposed Deadline: April 12, 2007**<br><br>Compl. Filed:    March 16, 2006<br>Trial Date:       None<br>Disc. Cut-Off:    February 28, 2007<br><br>Honorable Vaughn Walker |

## STIPULATION

WHEREAS, this Court originally set a discovery cutoff in this action of December 29, 2006, and a deadline to hear dispositive motions of February 15, 2007; and

WHEREAS, on December 20, 2006, this Court entered an order (the "Order") directing Plaintiff to respond to written discovery propounded by defendant Bank of America, N.A., by December 29, 2006, and extending the discovery cutoff to February 28, 2007, in order to facilitate ongoing discovery which was delayed because of Plaintiff's failure to timely respond; and

WHEREAS, these delays have also impacted defendants' ability to prepare dispositive motions, including motions for summary judgment; and

1   WHEREAS, the parties hereto agree that the deadline to file dispositive motions should
2   likewise be extended by two months in view of the new discovery cutoff;
3   THEREFORE, IT IS HEREBY AGREED by and between the parties hereto, by and through
4   their undersigned counsel of record where applicable, that the deadline to hear dispositive motions in
5   this action should be extended to April 12, 2007.
6   SO STIPULATED:

7   DATED: January 11, 2007      REED SMITH LLP

9                                By_____
                                 David S. Reidy
10                               Attorneys for Defendant
                                 BANK OF AMERICA, N.A.

12  DATED: January __, 2007      JONES DAY

14                               By_____
                                 Jonathon Nicol
15                               Attorneys for Defendant
                                 EXPERIAN INFORMATION SOLUTIONS, INC.

17  DATED: January __, 2007      NOKES & QUINN

19                               By_____
                                 Thomas P. Quinn
                                 Attorneys for Defendant
20                               EQUIFAX, INC.

21  DATED: January __, 2007      PLAINTIFF DAVID E. FETTERMAN

23                               By_____
                                 David E. Fetterman
24                               Plaintiff in Pro Se

26  ///
27  ///
28  ///

STIPULATION AND PROPOSED ORDER EXTENDING DEADLINE FOR DISPOSITIVE MOTIONS

DOCSSFO-12464594.1-DSREIDY

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

WHEREAS, the parties hereto agree that the deadline to file dispositive motions should likewise be extended by two months in view of the new discovery cutoff;

THEREFORE, IT IS HEREBY AGREED by and between the parties hereto, by and through their undersigned counsel of record where applicable, that the deadline to hear dispositive motions in this action should be extended to April 12, 2007.

SO STIPULATED:

DATED: January __, 2007          REED SMITH LLP

By_____
David S. Reidy
Attorneys for Defendant
BANK OF AMERICA, N.A.

DATED: January 9, 2007           JONES DAY

By_____
Jonathon Nicol
Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

DATED: January __, 2007          NOKES & QUINN

By_____
Thomas P. Quinn
Attorneys for Defendant
EQUIFAX, INC.

DATED: January __, 2007          PLAINTIFF DAVID E. FETTERMAN

By_____
David E. Fetterman
Plaintiff in Pro Se

///
///

1  WHEREAS, the parties hereto agree that the deadline to file dispositive motions should
2  likewise be extended by two months in view of the new discovery cutoff;
3  THEREFORE, IT IS HEREBY AGREED by and between the parties hereto, by and through
4  their undersigned counsel of record where applicable, that the deadline to hear dispositive motions in
5  this action should be extended to April 12, 2007.
6  SO STIPULATED:

7  DATED: January __, 2007          REED SMITH LLP

9                                   By_____
                                       David S. Reidy
10                                     Attorneys for Defendant
                                       BANK OF AMERICA, N.A.

12  DATED: January __, 2007         JONES DAY

14                                  By_____
                                       Jonathon Nicol
                                       Attorneys for Defendant
15                                     EXPERIAN INFORMATION SOLUTIONS, INC.

17  DATED: January 7, 2007          NOKES & QUINN

18                                  By_____
                                       Thomas P. Quinn
19                                     Attorneys for Defendant
                                       EQUIFAX, INC.

21  DATED: January __, 2007         PLAINTIFF DAVID E. FETTERMAN

23                                  By_____
                                       David E. Fetterman
24                                     Plaintiff in Pro Se

26  ///
27  ///
28  ///

1  WHEREAS, the parties hereto agree that the deadline to file dispositive motions should
2  likewise be extended by two months in view of the new discovery cutoff;
3  THEREFORE, IT IS HEREBY AGREED by and between the parties hereto, by and through
4  their undersigned counsel of record where applicable, that the deadline to hear dispositive motions in
5  this action should be extended to April 12, 2007.
6  SO STIPULATED:

7  DATED: January __, 2007        REED SMITH LLP

9                                  By_____
10                                     David S. Reidy
                                       Attorneys for Defendant
11                                     BANK OF AMERICA, N.A.

12  DATED: January __, 2007        JONES DAY

14                                  By_____
                                       Jonathon Nicol
15                                     Attorneys for Defendant
                                       EXPERIAN INFORMATION SOLUTIONS, INC.

17  DATED: January __, 2007        NOKES & QUINN

19                                  By_____
                                       Thomas P. Quinn
                                       Attorneys for Defendant
20                                     EQUIFAX, INC.

21  DATED: January 10, 2007        PLAINTIFF DAVID E. FETTERMAN

23                                  By_____
                                       David E. Fetterman
24                                     Plaintiff in Pro Se

26  ///
27  ///
28  ///

— 2 —
STIPULATION AND PROPOSED ORDER EXTENDING DEADLINE FOR DISPOSITIVE MOTIONS
DOCSSFO-12484594.1-DSREIDY

# ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, as set forth herein above, the Court hereby rules that the deadline to hear dispositive motions in this action is hereby continued from February 15, 2007, to **April 12, 2007**.

SO ORDERED:

DATED: January 18, 2007



_____
Hon. Vaughn R. Walker
United States District Court Judge