Angela M. Taylor (SBN 210425)
JONES DAY
3 Park Plaza
Suite 1100
Irvine, CA 92614
Telephone:   (949) 851-3939
Facsimile:   (949) 553-7539
E-Mail:   angelataylor@jonesday.com

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID E. FETTERMAN,<br><br>          Plaintiff,<br><br>     v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INC., BANK OF AMERICA, N.A.,<br><br>          Defendants. | Case No. C 06-02023 VRW<br><br>**STIPULATION OF ALL PARTIES TO EXTEND DEADLINE TO HEAR DISPOSITIVE MOTIONS AND** ~~PROPOSED~~ **ORDER THEREON**<br><br>Current Deadline: April 12, 2007<br><br>**Proposed Deadline: May 10, 2007**<br><br>Complaint Filed: March 16, 2006<br>Trial Date:        None<br>Disc. Cut-Off:    February 28, 2007<br><br>Honorable Vaughn Walker |

   The original deadline to hear dispositive motions in this action was February 15, 2007. On January 18, 2007, the Court issued an order extending the deadline to hear dispositive motions until April 12, 2007.

   Counsel for Experian Information Solutions, Inc. ("Experian"), Angela Taylor, recently returned to work at Jones Day from maternity leave and is now assigned as Experian's lead counsel in this matter. A four week extension of the dispositive motion hearing deadline will allow Ms. Taylor time to fully review the facts and claims at issue in this case. All parties agree that the dispositive motion deadline should be extended.

1   THEREFORE, IT IS HEREBY AGREED by and between the parties hereto, by and
2   through their undersigned counsel of record where applicable, that the deadline to hear dispositive
3   motions in this action should be extended to May 10, 2007.

4

5   Dated: March 7, 2007                    JONES DAY

6
7                                           By: /s/ Angela M. Taylor
                                                Angela M. Taylor
8                                               Attorneys for Defendant
                                                EXPERIAN INFORMATION
9                                               SOLUTIONS, INC.

10

11  Dated: March ___, 2007                  REED SMITH

12
13                                          By: _____
                                                David S. Reidy
14                                              Attorneys for Defendant
                                                BANK OF AMERICA, N.A.
15

16
    Dated: March ___, 2007                  KING & SPALDING
17

18
19                                          By: _____
                                                Jeremy Daniel Hook
20                                              Attorneys for Defendant
                                                EQUIFAX, INC.
21

22  Dated: March ___, 2007                  PLAINTIFF DAVID E. FETTERMAN

23
24                                          By: /s/ David Fetterman /AMT-
                                                David E. Fetterman
25                                              Plaintiff in Pro Se

26
27
28

LAI-2852520v1                                                    STIP TO HEAR DISPOSITIVE MOTIONS
                                        - 2 -                    CASE NO. C 06-02023 VRW

THEREFORE, IT IS HEREBY AGREED by and between the parties hereto, by and through their undersigned counsel of record where applicable, that the deadline to hear dispositive motions in this action should be extended to May 10, 2007.

Dated: March ___, 2007

JONES DAY

By: _____
Angela M. Taylor
Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

Dated: March 7, 2007

REED SMITH

By: _____
David S. Reidy
Attorneys for Defendant
BANK OF AMERICA, N.A.

Dated: March ___, 2007

KING & SPALDING

By: _____
Jeremy Daniel Hook
Attorneys for Defendant
EQUIFAX, INC.

Dated: March ___, 2007

PLAINTIFF DAVID E. FETTERMAN

By: _____
David E. Fetterman
Plaintiff in Pro Se

THEREFORE, IT IS HEREBY AGREED by and between the parties hereto, by and through their undersigned counsel of record where applicable, that the deadline to hear dispositive motions in this action should be extended to May 10, 2007.

Dated: March ___, 2007         JONES DAY

                               By: _____
                                   Angela M. Taylor
                                   Attorneys for Defendant
                                   EXPERIAN INFORMATION
                                   SOLUTIONS, INC.

Dated: March ___, 2007         REED SMITH

                               By: _____
                                   David S. Reidy
                                   Attorneys for Defendant
                                   BANK OF AMERICA, N.A.

Dated: March 7, 2007           KING & SPALDING

                               By: _____
                                   Jeremy Daniel Hook
                                   Attorneys for Defendant
                                   EQUIFAX, INC.

Dated: March ___, 2007         PLAINTIFF DAVID E. FETTERMAN

                               By: _____
                                   David E. Fetterman
                                   Plaintiff in Pro Se

**ORDER**

PURSUANT TO THE STIPULATION OF THE PARTIES, as set forth herein above, the Court hereby rules that the deadline to hear dispositive motions in this action is hereby continued from April 12, 2007 to **May 10, 2007**.

SO ORDERED:

Dated: March 8, 2007



Hon. Vaughn
United States

GRANTED
Judge Vaughn R Walker

**PROOF OF SERVICE BY MAIL**

I am a citizen of the United States and employed in Orange County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 3 Park Plaza, Suite 1100, Irvine, California 92614. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On March 7, 2007, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

**STIPULATION OF AL PARTIES TO EXTEND DEADLINE TO HEAR DISPOSITIVE MOTIONS AND PROPOSED ORDER THEREON**

in a sealed envelope, postage fully paid, addressed as stated in the attached service list.

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on March 7, 2007, at Irvine, California.

*/s/ Kathy Mueller*
Kathy Mueller

*David E. Fetterman v. Experian Information Solutions, Inc., et al.*
**USDC Case No. C 06-02023 VRW**

### Service List

| | |
|---|---|
| David S. Reidy, Esq.<br>Two Embarcadero Center<br>Suite 2000<br>San Francisco, CA  94111 | *Attorneys for Defendant Bank of America, N.A.* |
| Jeremy Daniel Hook, Esq.<br>King & Spalding<br>1180 Peachtree Street<br>Atlanta, GA  30309 | *Attorneys for Defendant Equifax Inc.* |
| David Elias Fetterman<br>545 12th Street<br>Santa Monica, CA  90402 | *Plaintiff* |