**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7           **IN THE UNITED STATES DISTRICT COURT**

8        **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

9

10   **FETTERMAN,**                   **No C 06-2023 VRW**

11        **Plaintiff,**

                           **ORDER TO SHOW CAUSE**

12        **v**

13   **EXPERIAN INFORMATION SOLUTIONS,**
  **INC, et al,**

14

15        **Defendants.**
  _____/

16

17

18

19

20

21            **Defendant Bank of America filed a motion for summary**

22 **judgment on April 5, 2007. Doc #45. Per the court's order of**

23 **March 8, 2007 (Doc #41), this motion was to be heard on May 10,**

24 **2007. The court later continued the motion hearing to June 21,**

25 **2007. Doc #51. Plaintiff has failed to file an opposition. Bank**

26 **of America has put plaintiff on notice that failure to respond to**

27 **the motion may result in the case being dismissed as to Bank of**

28 **America. Doc #56.**

1    Accordingly, the June 21, 2007 hearing on Bank of

2  America's motion is VACATED and plaintiff is ORDERED TO SHOW CAUSE

3  in writing by June 15, 2007, why defendant Bank of America's motion

4  should not be treated as unopposed.

5

6          IT IS SO ORDERED.

7

8  _____

9          VAUGHN R WALKER

10         United States District Chief Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2