Thomas P. Quinn
Nokes & Quinn
450 Ocean Ave.
Laguna Beach, CA 92651
Telephone: 949-376-3055
Facsimile: 949-376-3070
E-mail: tquinn@nokesquinn.com

Stephanie Cope, Esq.
King & Spalding LLP
1180 Peachtree Street N.E.
Atlanta, GA 30309-3521
(404) 215-5908
SCope@KSLaw.com

Attorneys for Defendant EQUIFAX
INFORMATION SERVICES LLC

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID FETTERMAN, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> EQUIFAX INFORMATION SERVICES, ) <br> INC., et al ) <br> ) <br> Defendants. ) <br> _____) | Case No. 3:06CV2023-VRW <br><br> **STIPULATION OF ALL PARTIES TO EXTEND FINAL PRETRIAL CONFERENCE AND [PROPOSED] ORDER** |

**STIPULATION**

WHEREAS, on June 21, 2007, this Court set this case for a final pretrial conference commencing on Tuesday, October 2, 2007;

WHEREAS, on August 14, 2007, this Court took Bank of America's motion for summary judgment under submission and has yet issued a ruling on the motion;

- 1 -
STIPULATION OF ALL PARTIES TO EXTEND FINAL PRETRIAL CONFERENCE AND
[PROPOSED] ORDER THEREON

STIPUATION ATLLIB01 1786331.1

WHEREAS, the parties are attempting to settle this case and are exploring alternative dispute resolution;

WHEREAS, defendant Equifax Information Services, LLC has a conflict with the date of the final pretrial conference and potential trial weeks;

WHEREAS, lead trial counsel and some of the same Equifax employees and witnesses are involved in all of the cases that are in conflict with the final pretrial conference date and trials previously scheduled during the potential trial weeks;

WHEREAS, defendants have agreed that, subject to the Court's approval, the current date of the final pretrial conference should be continued for 45 to 60 days;

WHEREAS, a continuance of this case, which has been pending since March 2006, should not cause hardship or prejudice to Plaintiff;

WHEREAS, Plaintiff consents to the extension request;

IT IS HEREBY STIPULATED, by and among Plaintiff, Bank of America, N.A., Experian Information Solutions, Inc. and Equifax Information Services, LLC, through their respective counsel of record, that the Pretrial Conference currently scheduled for October 2, 2007, be continued to Thursday, November 29, 2007.

IT IS SO STIPULATED.

Dated: September 19, 2007

DAVID E. FETTERMAN

By: _____
David E. Fetterman
Plaintiff, Pro Se

Dated: September ___, 2007

REED SMITH LLP

By: _____
David S. Reidy
Attorneys for Defendant
Bank of America, N.A.

- 2 -

STIPULATION OF ALL PARTIES TO EXTEND FINAL PRETRIAL CONFERENCE AND [PROPOSED] ORDER THEREON

WHEREAS, the parties are attempting to settle this case and are exploring alternative dispute resolution;

WHEREAS, defendant Equifax Information Services, LLC has a conflict with the date of the final pretrial conference and potential trial weeks;

WHEREAS, lead trial counsel and some of the same Equifax employees and witnesses are involved in all of the cases that are in conflict with the final pretrial conference date and trials previously scheduled during the potential trial weeks;

WHEREAS, defendants have agreed that, subject to the Court's approval, the current date of the final pretrial conference should be continued for 45 to 60 days;

WHEREAS, a continuance of this case, which has been pending since March 2006, should not cause hardship or prejudice to Plaintiff;

WHEREAS, Plaintiff consents to the extension request;

IT IS HEREBY STIPULATED, by and among Plaintiff, Bank of America, N.A., Experian Information Solutions, Inc. and Equifax Information Services, LLC, through their respective counsel of record, that the Pretrial Conference currently scheduled for October 2, 2007, be continued to Thursday, November 29, 2007.

IT IS SO STIPULATED.

Dated: September ___, 2007          DAVID E. FETTERMAN

By: _____
David E. Fetterman
Plaintiff, Pro Se

Dated: September 19, 2007          REED SMITH LLP

By: _____
David S. Reidy
Attorneys for Defendant
Bank of America, N.A.

- 2 -
STIPULATION OF ALL PARTIES TO EXTEND FINAL PRETRIAL CONFERENCE AND [PROPOSED] ORDER THEREON

STIPUATION AFLL/BO1 1766331.1

Dated: September 21, 2007

KING & SPALDING LLP

By: /s/ Stephanie D. Cope
Stephanie D. Cope
Attorneys for Defendant
EQUIFAX INFORMATION SERVICES LLC

Dated: September 20, 2007

JONES DAY

By: /s/ Angela Taylor
Angela Taylor
Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

- 3 -
STIPULATION OF ALL PARTIES TO EXTEND FINAL PRETRIAL CONFERENCE AND [PROPOSED] ORDER THEREON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID FETTERMAN,

    Plaintiff,

vs.

EQUIFAX INFORMATION SERVICES, INC., et al

    Defendants.

Case No. 3:06CV2023-VRW

ORDER

## ORDER

IT IS HEREBY ORDERED that, pursuant to the Stipulation between the parties, the Pretrial Conference currently scheduled for October 2, 2007, be continued to Thursday, November 29, 2007.

**IT IS SO ORDERED.**

Dated: 9/24/2007

IT IS SO ORDERED
Judge Vaughn R Walker

- 4 -

STIPULATION OF ALL PARTIES TO EXTEND FINAL PRETRIAL CONFERENCE AND [PROPOSED] ORDER THEREON

STIPULATION ATLLIB01 1786331.1