```
1   David Fetterman
    2704 4th St. #10
2   Santa Monica, CA 90405
    (310) 741-8623
3
    Plaintiff in pro se
4
```

**IT IS SO ORDERED**
Judge Vaughn R Walker

Date: December 5, 2007

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DAVID E. FETTERMAN, | Case No.: C06-02023 VRW |
|---|---|
| Plaintiff, | **VOLUNTARY DISMISSAL OF ALL CLAIMS WITH PREJUDICE AGAINST DEFENDANT BANK OF AMERICA, N.A.** |
| vs. | |
| EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INC.; BANK OF AMERICA, N.A., | Compl. Filed: March 16, 2006<br>Trial Date: None |
| Defendants. | Honorable Vaughn R. Walker |

Plaintiff David E. Fetterman hereby voluntarily dismisses with prejudice all claims asserted in this action against Defendant Bank of America, N.A.

DATED: November _27_, 2007

By____/s/_____
David E. Fetterman
Plaintiff in Pro Se

– 1 –
VOLUNTARY DISMISSAL WITH PREJUDICE