David Fetterman
2704 4th St. #10
Santa Monica, CA 90405
(310) 741-8623

Plaintiff in pro se

**IT IS SO ORDERED**
/s/ Judge Vaughn R Walker

UNITED STATES DISTRICT COURT    Date: December 5, 2007

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID E. FETTERMAN,<br><br>          Plaintiff,<br><br>   vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INC.; BANK OF AMERICA, N.A.,<br><br>          Defendants. | Case No.: C06-02023 VRW<br><br>**VOLUNTARY DISMISSAL OF ALL CLAIMS WITH PREJUDICE AGAINST DEFENDANT EQUIFAX, INC.**<br><br>Compl. Filed:   March 16, 2006<br>Trial Date:      None<br><br>Honorable Vaughn R. Walker |

     Plaintiff David E. Fetterman hereby voluntarily dismisses with prejudice all claims asserted in this action against Defendant Equifax, Inc.

     DATED: November _27_, 2007

                                                    By    /s/
                                                             David E. Fetterman
                                                              Plaintiff in Pro Se