```
David Fetterman
2704 4th St. #10
Santa Monica, CA 90405
(310) 741-8623

Plaintiff in pro se
```

*IT IS SO ORDERED*
*Judge Vaughn R Walker*

UNITED STATES DISTRICT COURT

Date: December 5, 2007

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID E. FETTERMAN,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INC.; BANK OF AMERICA, N.A.,<br><br>　　　　Defendants. | Case No.: C06-02023 VRW<br><br>**VOLUNTARY DISMISSAL OF ALL CLAIMS WITH PREJUDICE AGAINST DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.**<br><br>Compl. Filed:　March 16, 2006<br>Trial Date:　　None<br><br>Honorable Vaughn R. Walker |

Plaintiff David E. Fetterman hereby voluntarily dismisses with prejudice all claims asserted in this action against Defendant Experian Information Solutions, Inc.

DATED: November _27_, 2007

By　　/s/
　　David E. Fetterman
　　Plaintiff in Pro Se

– 1 –

VOLUNTARY DISMISSAL WITH PREJUDICE